UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL CARROLL,

          Plaintiff,

   v.

ALAN LUCAS, *et al.*,

          Defendants.

Case No. C21-551-JCC-MLP

REPORT AND RECOMMENDATION

This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Michael Carroll is currently confined at the King County Correctional Facility in Seattle, Washington. Plaintiff, who is proceeding *pro se* and *in forma pauperis*, filed a proposed complaint alleging that King County Community Corrections Officer Alan Lucas, and two "John Doe" defendants who purportedly supervised Officer Lucas, violated his constitutional rights under the First, Fifth, and Fourteenth Amendments. (Pl.'s Compl. (Dkt. # 1-1).)

On April 29, 2021, this Court declined to serve Plaintiff's complaint due to several deficiencies, granted him leave to amend his complaint within 30 days of the Court's Order, and advised him that failure to file an amended pleading would result in a recommendation that this action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). (Dkt. # 6.) To date, Plaintiff has

ORDER DECLINING TO SERVE
COMPLAINT AND GRANTING LEAVE TO
AMEND - 1

failed to file an amended complaint correcting the deficiencies identified in the Court's previous Order. It therefore appears Plaintiff has elected not to proceed with this action. When a complaint is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief, the Court may dismiss an *in forma pauperis* complaint before service of process under 28 U.S.C. § 1915(e)(2)(B). Because Plaintiff failed to state any viable claim for relief in his original pleadings, and because he has not filed an amended complaint correcting the deficiencies identified by the Court, this action must be dismissed.

Accordingly, the Court recommends Plaintiff's complaint (dkt. # 5) and this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **June 25, 2021**.

The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and to the Honorable John C. Coughenour.

\\

\\

\\

Dated this 2nd day of June, 2021.

_[signature]_

MICHELLE L. PETERSON
United States Magistrate Judge