UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL CARROLL,

        Plaintiff,

v.

ALAN LUCAS, *et al.*,

        Defendants.

Case No. C21-551-JCC-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Plaintiff's complaint (Dkt. No. 5), and this action, are DISMISSED without prejudice for failure to prosecute.

The Clerk is DIRECTED to send copies of this Order to Plaintiff and to Judge Peterson.

//

//

//

DATED this 28th day of June 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

C21-0551-JCC-MLP
ORDER - 2